# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:  Travon T. Thomas                                      Case No. 17-35855-KLP
       Debtor                                                                Chapter 13

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT SECURED BY PERSONAL PROPERTY

This mater comes before the Court on the Debtor's motion for entry of an Order granting the Debtor's Motion for Authority to Incur Debt Secured by Personal Property more specifically described below. In consideration thereof, the Court makes these FINDINGS:

1. That Debtor has complied with Local Bankruptcy Rule 9013-1 and the notice provisions required by Bankruptcy Rules 4001 and 9014.

2. That no parties in interest have filed any timely objection to the Debtor's motion.

3. That Debtor has obtained an offer from Harriet Salley Auto Group to obtain a loan to be secured by a lien on a 2014 Lexus ES, or a substantially similar vehicle.

4. The terms of the proposed loan are as follows:

    a. Total amount of the loan financed is approximately $17,508.48.

    b. fixed interest rate which is not to exceed 17.99%.

    c. Amortized for no more than 72 months.

    d. Approximate monthly payment is approximately $399.22.

Julia B. Adair (VSB #45130)
Hathaway Adair, P.C.
710 N. Hamilton St., Ste 100
Richmond, VA 23221
Telephone: 804-257-9944
Counsel for Debtor

It appearing to the Court to be just and in the best interests of the parties to allow the Debtor's motion, it is hereby,

ORDERED that the Debtor's Motion is hereby GRANTED, and it is further

ORDERED that the Debtor may enter into the loan and execute such documents as are necessary to complete the transaction, including but not limited to giving Harriet Salley Auto Group a first priority lien on a 2014 Lexus ES, or a substantially similar vehicle, and it is further

ORDERED that the Clerk shall make copies of this Order, once entered, to all parties on the attached service list.

Date: Mar 28 2019

/s/ Keith L. Phillips
U.S. Bankruptcy Judge

Entered on Docket: Mar 29 2019

I ask for this:

/s/ Julia B. Adair
Julia B. Adair VSB #45130
Hathaway Adair, P.C.
710 N. Hamilton St., Ste 100
Richmond, VA 23221
Tel. (804) 257-9944
Counsel for Debtor


Seen:


/s/ Carl M. Bates
Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

## **Certification**

Pursuant to Local Rule 9022-1(c), I hereby certify that all necessary parties have endorsed the above order.

/s/ Julia B. Adair
Counsel for Debtor

**Parties to Receive Copies**

Julia B. Adair, Esquire
Hathaway Adair, P.C.
710 N. Hamilton St., Ste 100
Richmond VA 23230

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Office of the US Trustee
701 E. Broad Street
Room 4304
Richmond, VA 23219

Travon Thomas
31382 Riva Ridge Road
Doswell, VA 23047